**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 2, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD74837 | GiGi Michele Brickey vs. Walter Roy Brickey |
| WD75722 | Lucas A. Bates vs. State of Missouri |
| WD77091 | Wade Wallis vs. State of Missouri |
| WD77311 | Clifford Hutchings vs. Treasurer of the State of Missouri-Custodian of the Second Injury Fund |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76062 | State of Missouri vs. Christopher C. Claycomb |
| WD76530 | State of Missouri vs. Sean Monsein Williams |
| WD76786 | State of Missouri vs. Tony K. Lyles |